# EXHIBIT A

US009677754B2

(12) **United States Patent**    (10) **Patent No.:**    **US 9,677,754 B2**
Engberg    (45) **Date of Patent:**    **Jun. 13, 2017**

(54) **ROTATING LIGHT EMITTING DIODE DRIVER MOUNT**

(71) Applicant: **CHM Industries, Inc.**, Irving, TX (US)

(72) Inventor: **Scott Engberg**, Dallas, TX (US)

(73) Assignee: **CHM Industries, Inc.**, Irving, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 180 days.

(21) Appl. No.: **14/535,924**

(22) Filed: **Nov. 7, 2014**

(65) **Prior Publication Data**

US 2016/0131356 A1    May 12, 2016

(51) **Int. Cl.**
| | |
|---|---|
| *F21V 29/76* | (2015.01) |
| *F21S 8/08* | (2006.01) |
| *F21V 15/01* | (2006.01) |
| *F21V 23/00* | (2015.01) |
| *F21V 14/02* | (2006.01) |

(52) **U.S. Cl.**
CPC .............. *F21V 29/76* (2015.01); *F21S 8/086* (2013.01); *F21V 14/02* (2013.01); *F21V 15/01* (2013.01); *F21V 23/002* (2013.01); *F21V 23/009* (2013.01)

(58) **Field of Classification Search**
CPC .......... F21V 29/76; F21V 14/02; F21V 15/01; F21V 23/002; F21V 23/009; F21S 8/086
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 8,029,151 B2 * | 10/2011 | Butler | ..................... | F21S 8/086 362/20 |
| 8,070,306 B2 * | 12/2011 | Ruud | ...................... | F21S 2/005 362/101 |
| 2009/0073688 A1 * | 3/2009 | Patrick | ................... | F21V 15/01 362/232 |
| 2009/0213588 A1 * | 8/2009 | Manes | ................... | F21S 8/086 362/235 |
| 2010/0315252 A1 * | 12/2010 | Desphande | ............ | F21S 8/088 340/670 |
| 2012/0087118 A1 * | 4/2012 | Bailey | ..................... | F21V 29/75 362/235 |
| 2015/0362172 A1 * | 12/2015 | Gabriel | .............. | F21V 33/0052 348/151 |
| 2016/0146412 A1 * | 5/2016 | Tubb, Jr. | ................ | F21S 8/086 362/371 |

OTHER PUBLICATIONS

Brochure, "HMAO LED High Mast Series", Holophane, Acuity Brands, 12 pages, date unknown.

* cited by examiner

*Primary Examiner* — Mary Ellen Bowman
(74) *Attorney, Agent, or Firm* — Gardere Wynne Sewell LLP

(57) **ABSTRACT**

A power source housing for use with a high mast lighting apparatus, the housing having a front face and an opposing, back face. The front face closest to a back face of a light emitting diode (LED) housing. The housing further includes at least two opposing side faces extending from the front face to the back face and power housing cooling fins extending outward from the at least two opposing side faces.

**26 Claims, 6 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3

**U.S. Patent**   Jun. 13, 2017   Sheet 4 of 6   US 9,677,754 B2



FIG. 4A



FIG. 4B



FIG. 4C



FIG. 5



FIG. 6

US 9,677,754 B2

1

# ROTATING LIGHT EMITTING DIODE DRIVER MOUNT

## TECHNICAL FIELD

This disclosure relates to lighting apparatuses, and more particularly to light emitting diode (LED) lighting apparatuses for high mast applications, and even more particularly to LED lighting apparatuses with a driver mount for increased heat dissipation and surface area lighting.

## BACKGROUND OF THE DISCLOSURE

The life span of an LED lighting apparatus is generally not the LED component itself but, instead, is the driver or the power source providing power to the LED component. One of the factors that limit the life span of a driver is overheating. The LED components and the driver by themselves creates a large amount of heat. Together, however, the heat can become so great that the heat starts to impact the ability of elements inside a driver housing, such as the driver, to function properly, which eventually leads to failure of the driver or the power source.

High mast applications that use LED lighting may have several sets of LED panels each set powered or driven by its own driver. A non-limiting example of LED lighting used in high mast applications is the lighting of roadways at night. Maintaining suitable temperatures to preserve the life span of the drivers and other heat sensitive elements used in these lighting apparatuses becomes difficult as the number of LED sets and respective drivers are needed. Designing LED lighting apparatuses for high mast uses present challenges given the operating environment such as the extreme height above the ground or their operation in remote locations. Extending the life of the driver by reducing the driver's heat exposure is desirable.

## SUMMARY

In a first aspect, there is provided a power source housing for use with a high mast lighting apparatus, the housing having a front face and an opposing, back face. The front face closest to a back face of a light emitting diode (LED) housing. The housing further includes at least two opposing side faces extending from the front face to the back face and power housing cooling fins extending outward from the at least two opposing side faces.

In certain embodiments, the front face length is less than a back face length.

In another embodiment, the two opposing side faces create an acute angle relative to the back face of the LED housing and the front face of the power housing.

In yet another embodiment, the plurality of cooling fins extending from the at least two opposing side faces are passive cooling fins.

In some embodiments, the housing further comprises a plurality of cooling fins extending from the back face of the LED housing, wherein the two opposing side faces create an acute angle relative to the back face of the LED housing and the front face of the power housing, causing air heated from the LED housing to dissipate from the plurality of cooling fins extending from the back face of the LED housing upward toward the power housing and the power housing cooling fins thereby increasing heat transfer away from the LED housing and the power source housing.

In certain embodiments, the housing further comprises a cord aperture for allowing passage of a cord therethrough,

2

and a cord grip for wrapping around a cord to prevent air from passing into an internal space formed by the power housing, thereby preventing the internal space from increasing in temperature due to air heated by the LED housing entering the internal space of the power housing via the cord aperture.

In a second aspect, there is provided a light emitting diode (LED) high mast lighting apparatus having a LED housing having a panel configured for receiving a plurality of LEDs. The apparatus further includes a power housing separate from and coupled to the LED housing with a gap between the LED housing and the power housing.

In certain embodiments, the lighting apparatus further comprises an extension member connected at one end to the power housing and at another end to the LED housing to create the gap between the housings.

In another embodiment, the lighting apparatus further comprises at least one LED driver contained in the internal space formed by the power housing; LED housing cooling fins positioned on the LED housing and facing the power housing; and power housing cooling fins positioned on the power housing. The LED housing cooling fins and the power housing cooling fins form an acute angle and the extension member between the LED housing and the power housing reduces heat transfer between the LED housing and the internal space formed by the power housing via convection and conduction.

In yet another embodiment, the lighting apparatus further comprises two or more LED drivers, each LED driver positioned at opposite sides of the power housing to maximize heat dissipation inside the power housing.

In some embodiments, the LED housing swivels relative to the power housing.

In a third aspect, there is provided a lighting apparatus for use with a light emitting diode (LED) panel, having an LED panel configured to receive a plurality of LED lights, a power source, and an extension member. The extension member is connected to the LED panel at a first end and to the power source at a second, opposing, end. The extension member is rotatable, thereby allowing the LED panel to rotate up to 360 degrees about an axis.

In certain embodiments, the lighting apparatus further includes a mast, wherein the LED panel and the power source are connected to the mast.

In another embodiment, the lighting apparatus further comprises a plurality of cooling fins extending from the LED panel.

In yet another embodiment, the lighting apparatus further comprises a plurality of cooling fins extending from a power housing containing the power source.

In some embodiments, the lighting apparatus further comprises a plurality of cooling fins extending from the LED panel and a plurality of cooling fins extending from a power housing containing the power source.

In a fourth aspect, there is provided a light emitting diode (LED) high mast lighting apparatus, having a LED housing, a power source for providing power to the LED housing, and an extension member extending between the LED housing and the power source. The extension member is configured to reduce thermal conduction between the LED housing and the power source.

In certain aspects, the extension member further comprises a first end attached to a back side of the LED housing and an opposing, second end attached to the front side of the power housing.

US 9,677,754 B2

**3**

In one embodiment, the lighting apparatus further comprises a cord extending at least the length of the extension member configured to provide power from the power source to the LED lights.

In another embodiment, the length of the extension member is in a range of between about one inches and four inches.

In yet another embodiment, the lighting apparatus further comprises a power housing containing the power source. The power housing includes a front face and an opposing, back face, the front face closest to a back face of the LED housing, wherein the LED housing has a front face and the opposing, back face. The power housing further including at least two opposing side faces extending from the front face to the back face of the power housing and cooling fins extending outward from the at least two opposing side faces of the power housing. The front face of the power housing has a length less than a length of the back face of the power housing.

Other aspects, features, and advantages will become apparent from the following detailed description when taken in conjunction with the accompanying drawings, which are a part of this disclosure and which illustrate, by way of example, principles of the inventions disclosed.

## DESCRIPTION OF THE FIGURES

The accompanying drawings facilitate an understanding of the various embodiments.

FIG. **1** is a perspective view of a high mast lighting system.

FIG. **2** is a top, perspective view of a LED lighting apparatus for use in a high mast light application, such as the high mast lighting system illustrated in FIG. **1**.

FIG. **3** is a bottom, perspective view of the LED lighting apparatus of FIG. **1**.

FIG. **4A** is a cross-sectional view of an LED lighting apparatus according to one embodiment.

FIG. **4B** is a cross-sectional, perspective view of a power housing according to the LED lighting apparatus of FIG. **4A**.

FIG. **4C** is a perspective view of a LED housing according to the LED lighting apparatus of FIG. **4A**

FIG. **5** is a side view of one embodiment of an LED lighting apparatus illustrating a thermal flow path.

FIG. **6** is a side view of an embodiment of an LED lighting apparatus illustrating a thermal flow path.

## DETAILED DESCRIPTION

Referring to FIG. **1**, an exemplary embodiment of a high mast lighting system **100** is presented. The high mast lighting system **100** illustrated includes a mast **102**, a hub **104** positioned on a top portion **103** of the mast **102**, a plurality of extension members **106** attached to the hub **104**, and a plurality of light emitting diode (LED) lighting apparatuses **108** attached to the extension members **106**. The high mast lighting system **100** may be used to light roadways, overpasses or highways, and in one embodiment, the high mast lighting system **100** may be adapted for use in sports lighting, arena lighting, security lighting, and track lighting. The high mast lighting system **100** illustrated is a non-limiting embodiment of a high mast lighting system configured and operable to provide uniform light distribution with less glare and less weight than traditional high-intensity discharge (HID) lighting components with a longer service life than comparable LED lighting apparatuses. Uniform light distribution with less glare increases safety,

**4**

components with a lighter weight generally reduce production costs, and a longer service life reduces service costs especially given that these high mast lighting systems **100** are difficult to service due to the LED lighting apparatuses' **108** height above the ground, and in some instances, the system's **100** deserted locations.

The mast **102** includes the top portion **103** and a bottom portion **105**. The bottom portion **105** is securely attached to a ground area or base **101**, and the top portion **103** is securely attached to the hub **104**. Extending outward from the hub **104** is the plurality of extension members **106**, which may also be referred to as tenons. The plurality of extension members **106** are cantilevered from the hub **104**. In some aspects, the extension members **106** are attached directly to the mast **102** and cantilevered therefrom. It should be appreciated by one of ordinary skill in the art that only one of the extension member **106** and corresponding LED lighting apparatus **108** may be deployed. Likewise, in some aspects the mast **102**, the hub **104**, or a combination thereof may not be necessary as other structures may be used as an attachment mechanism for the plurality of extension members **106** and corresponding LED lighting apparatuses **108**, or simply the LED lighting apparatuses **108** by itself.

Generally, the positioning of the extension members **106** depends on the terrain or topographical layout of an area **101***a* to be illuminated so that the area **101***a* to be illuminated has uniform light distribution and reduced glare. Therefore, the positioning of the extension members **106** may be different depending on the layout of roadways or when the plurality of extension members **106** are used to illuminate intersections, overpasses, or other roadway configurations. Moreover, the positioning of the plurality of extension members **106** may also be different when used with the plurality of LED lighting apparatuses **108** when used in stadium lighting. The terrain or topographical layout of the area **101***a* to be illuminated, typically determines the positioning of the extension members **106** and the corresponding LED lighting apparatuses **108** so that the LED lighting apparatuses **108** can provide uniform light distribution with reduced glare. The system **100** described herein provides this flexibility in configuration.

Each extension member **106** extends along a longitudinal axis **128**. In one aspect, the plurality of extension members **106** extends along the respective longitudinal axis **128** radially from the hub **104**. In some aspects, the plurality of extension members **106** form a polar array such that each of the plurality of extension members **106** lie within the same plane. In this aspect, the plurality of extension members **106** may be substantially horizontal to the ground area **101** or the area **101***a* to be illuminated. In another aspect, the plurality of extension members **106** may extend radially from the hub **104** at various angles. In this aspect, one extension member **106** may be positioned higher relative to another extension member **106**. This configuration may be deployed when the topographical layout of the area **101***a* to be illuminated varies; e.g., an overpass.

The extension members **106** may be equal distance from each other as shown in FIG. **1** or, alternatively, some of the extension members **106** may be positioned in clusters such that not all the extension members **106** are equal distance from each other. In one non-limiting embodiment, this configuration may be used when the high mast lighting system **100** is positioned between two separate roadways and the high mast lighting system **100** is used to illuminate both roadways. In this aspect, the extension members **106** may be positioned in a first cluster over one of the roadways and a second cluster over the other roadway. Again, the

US 9,677,754 B2

positioning of the extension members **106** depends on the terrain or topographical layout of the area **101***a* to be illuminated.

Referring to FIGS. **1-2**, attached to each extension member **106** is the corresponding LED lighting apparatus **108**. Each of the LED lighting apparatuses **108** includes a driver or power housing **110** and a LED housing **112**. In an exemplary, non-limiting embodiment, the power housing **110** has a longitudinal axis **129** and the LED housing **112** has a longitudinal axis **131**. In some aspects, the longitudinal axis **129** of the power housing **110** is parallel with the longitudinal axis **131** of the LED housing **112**, and the longitudinal axis **129** of the power housing **110** is co-axial with the longitudinal axis **128** of the extension member **106**. An aperture **114** is formed in the power housing **110** for receiving one end of the extension member **106**. In some aspects, the LED lighting apparatus **108** is angled relative to the extension member **106** such that the longitudinal axis **129** of the LED lighting apparatus **108** is angled relative to the longitudinal axis **128** of the extension member **106**. In these aspects, the aperture **114** may still receive the extension member **106**. Connecting components (not shown) that attach the extension member **106** to the LED lighting apparatus **108** may be operable to allow the LED lighting apparatus **108** to be positioned in an angled orientation relative to the extension member **106**. It should be appreciated that the extension members **106** and corresponding LED lighting apparatuses **108** may extend from the hub **104** or the portion **103** of the mast **102** in any number of configurations.

As previously mentioned, the LED lighting apparatus **108** includes the driver or power housing **110** and the LED housing **112**. In one embodiment, the power housing **110** includes a transverse axis **127** that is perpendicular to the longitudinal axis **129** of the power housing **110**. Likewise, the LED housing **112** has a transverse axis **126** that is perpendicular to the longitudinal axis **131** of the LED housing **112**. The transverse axis **127** of the power housing **110** is parallel to the transverse axis **126** of the LED housing **112**. In this embodiment, the power housing **110** further includes a centerline axis **124**, and the LED housing **112** further includes a centerline axis **125**. The centerline axis **124** of the power housing **110** is generally co-linear with the centerline axis **125** of the LED housing **112**. The centerline axes **124**, **125** are generally perpendicular to the transverse axes **126**, **127** and the longitudinal axes **129**, **131**. Both of the housings **110**, **112** are illustrated and described as having a polygonal construction; however, the housings **110**, **112** are not limited to polygonal construction and could, for example, have rounded aspects to the construction or take the form of a number of other shapes.

Referring now to FIGS. **2-5**, the LED lighting apparatus **108** will be described in more detail. The LED lighting apparatus **108** includes the driver or power housing **110** and the LED housing **112**. The power housing **110** is separate and thermally isolated from but connected to the LED housing **112**. The power housing **110** is connected to the LED housing **112** in a base-up position, meaning that the power housing **110** is positioned above the LED housing **112**. The LED housing **112** is operable to swivel relative to the power housing **110**. In an aspect, the LED housing **112** is operable to rotate up to 360 degrees about its central axis **125**.

In one embodiment, the LED housing **112** is movable so that it can be angled relative to the driver housing **110** and, therefore, align with a horizontal plane, the horizontal plane generally representing the area **101***a* to be illuminated.

Contemporary LED High Mast lighting configurations do not allow the light source to be angled, rotated, or swivel relative to the driver housing. In the LED applications where an LED array is rotatable, the LED and heat sink are rotated within an enclosure. The enclosure traps heat, shortening LED lifespan and reducing LED efficiency. It is advantageous, however, for the light source or LED panel to be able to swivel, rotate, or be angled when used to illuminate the area **101***a* so as to provide better illumination and reduced glare.

In some aspects, a number of connectors (not shown) may be implemented for allowing various positioning of the LED lighting apparatus **108**. There may be connectors located at the hub **104**, between the hub **104** and the extension member **106**, between the extension member **106** and the lighting assembly **108**, between the power housing **110** and the LED housing **112**, or a combination thereof.

An extension member **148** attaches the power housing **110** to the LED housing **112**. The extension member **148**, in one non-limiting embodiment, is an integral part of the LED housing **112**. In this embodiment, the extension member **148** may rotate with the LED housing **112**. In some aspects, however, the extension member **148** includes a first end **150** connected to the LED housing **112** and an opposing second end **152** connected to the driver housing **110**. The extension member **148** extends between the driver housing **110** and the LED housing **112**, creating a junction **133** therebetween. The junction **133** forms a gap **132** that puts distance between the driver housing **110** and the LED housing **112**. In one aspect, the extension member **148** or the gap **132** functions to provide thermal isolation between the power housing **110** and the LED housing **112**. The extension member **148** reduces heat transfer between the LED housing **112** and the power housing **110** via convection and conduction by providing separation between the two housings **112**, **110** via the gap **132**. In operation, the extension member **148** and the gap **132** help control the operating temperatures of both the LEDs **118** and the drivers **130** to temperatures that allow maximum efficiency. In a non-limiting, illustrative embodiment, the extension member **148** has a length in a range of about one inch to four inches. In some aspects, the gap **132** creates a distance between the power housing **110** and the LED housing **112** in a range of about one inch to four inches. The disclosed length of the extension member **148** and the distance created by the gap between the power housing **110** and the LED housing **112** is for illustrative purposes only and one having skill in the art will appreciate other lengths or distances may be utilized; for example, the length or the distance may be 0.25 inches, 0.5 inches, 1 inch, 2 inches, 3 inches, 4 inches, 5 inches, or more.

Still referring to FIGS. **2-5**, the driver or power housing **110** houses the components that are used to power the LED components associated with the LED housing **112**. The power housing **110** includes a front face **122** and an opposing back face **120**. The back face **120** of the driver housing **110** may have a cover **120***a*. One or more attachment members **144** may be used to secure the cover **120***a* to the back face **120**. In one non-limiting embodiment, the one or more attachment members **144** may be bolts. At least two opposing side faces, comprising a first side wall **136** and an opposing second side wall **138** extend between the front face **122** and the back face **120**. Power housing cooling fins **140** extend outward from the first side wall **136** and the second side wall **138**. The power housing cooling fins **140**, in some aspects, extend outward from other portions of the power housing **110**. The power housing cooling fins **140** are not limited to extending outward from only the first side wall

US 9,677,754 B2

7

136, the second side wall 138, or combination thereof. The power housing cooling fins 140 are passive cooling fins that act as a heat sink for heat generated by components in the power housing 110. As will be discussed in more detail below, the power housing cooling fins 140 further aid in dissipating heat that is generated from the LED housing 112, radiating toward or rising into the power housing 110.

In one embodiment, the front face 122 of the power housing 110 has a length, L2, that is less than a length, L1, of the back face 120 of the power housing 110. In certain aspects the two opposing side faces, i.e., the first side wall 136 and the second side wall 138 form an acute angle 142 relative to the front face 122 of the power housing 110. The power housing 110 forms an internal space or compartment 146 that houses a power source 154. The power source 154 includes at least one or more drivers 130, which may also be referred to as ballasts. The power source 154 may further include a surge protector 134 and a terminal block assembly 135. Further included in the internal space 146 of the driver housing 110 is a cord aperture 156 for receiving a cord 157 (only partially shown) from the LED housing 112 and a cord grip 158 for gripping the cord to thermally isolated the portion of the cord 157 connected to the driver housing 110 from the portion of the cord 157 associated with the LED housing 112. The cord grip 158 thermally isolates the cord by preventing heated air from traveling through the cord aperture 156 along the outer surface of the cord 157. In other words, the cord grip 158 prevents the temperature in the internal space 146 from increasing via convection from air heated by the LED housing 112.

In certain aspects, the drivers 130 are positioned on the first and second sidewalls 136, 138. When more than one driver 130 is utilized, the drivers 130 may be mounted on different side walls. In one aspect, the drivers 130 are mounted in the driver housing 110 on the first and second sidewalls 136, 138 with the passive cooling fins 140 extending from the other side of the respective side wall. The drivers 130 are separated from each other on opposing walls of the housing 110 to lower the thermal heat density by minimize the heating of one driver 130 by heat generated by another driver 130, i.e., keeping the heat generated by one driver 130 from increasing the temperature of another driver 130. The power housing cooling fins 140 may be cast as part of the power housing 110. In one aspect, power housing cooling fins 140 provide heat dissipation for the power housing 110 by acting as a heat sink for heated air trapped in the internal space or compartment 146. In another aspect, the drivers 130 share the same wall with the power housing cooling fins 140, the drivers 130 being positioned opposite the power housing cooling fins 140, so that heat generated by the drivers 130 has a direct conduction path to the power housing cooling fins 140 and, thus, the external environment, which promotes conductive heat transfer out of the power housing 110. This arrangement helps prevent heat generated by the drivers 130 from collecting in the internal space 146 via convection. The air in the internal space or compartment 146 is heated because the drivers 130 and other power supply components contained within the power housing 110 generate heat. Thus, in some aspects, the drivers 130 share the same side wall as the power housing cooling fins 140.

The sidewalls 136, 138 are typically angled relative to the LED housing 112 to help dissipate heat via convection from the cooling fins 140. Likewise, the cooling fins 140 extending from the driver housing 110 are angled relative to the LED housing 112 in a manner that helps dissipate heat radiated into the power housing 110 from the LED housing

8

112 by providing a thermal pathway 170 for heat dissipation (see FIG. 5). In operation, air heated by the LED housing 112 radiates toward the power housing 110 because the power housing 110 is positioned above the LED housing 112. The angled or inclined orientation of the sidewalls 136, 138, the cooling fins 140, or combination thereof, prevents heated air from being trapped between the two housings 110, 112 by providing the thermal pathway 170. In one aspect, not shown, the at least two opposing side faces 136, 138 may be vertical, i.e., not angled relative to the LED housing 112, with the cooling fins 140 extending from the at least two opposing side face 138, 138, the cooling fins 140 being angled themselves. It should be appreciated, however, that angling the sidewalls 136, 138 is beneficial as it allows the drivers 130 to also be angled, ensuring that 100% of the driver cooling fins 140 is exposed to the upward airflow from the LED housing 112—while the upward airflow from the LED housing 112 is warm air, the upward airflow increases the thermal transfer rate of heat away from the drivers 130 because air wants to uniformly flow through the driver cooling fins 140.

The LED housing 112 has a front face 160 and an opposing back face 162. When assembled, the back face 162 of the LED housing 112 is closest to the front face 122 of the power housing 110. In some aspects, the sidewalls 136, 138 form an acute angle such as acute angle 142 relative to the back face 162 of the LED housing 112. A plurality of LED housing cooling fins 164 extend from the back face 162 of the LED housing 112 and function as a heat sink for heat generated by the LED housing 112. The plurality of LED housing cooling fins 164 are directed toward the power housing 110.

The LED housing 112 further includes a number of LEDs panels 116 on the front face 160 with each LED panel 116 comprising one or more LEDs 118. The LED panels 116 are powered by components in the driver housing 110. Generally, for each LED panel 116 there is a corresponding driver 130 contained in the driver housing 110. The LED housing 112 and the LED panels 116 are configured to provide uniform light distribution with less glare and less weight than traditional high-intensity discharge (HID) lighting components. The LED panels 116 may be arranged in any shape or size. Lights can be eliminated selectively to form a particular shape or can be utilized to compensate for lights that are not functioning.

Heat from the LED housing 112 is generated when electrical current is not converted into light emitted from the LEDs 118. In some aspects, about 75% of energy run-through the LED is converted to heat. The generated heat causes the temperature around the LEDs 118 and the LED housing 112 to increase. Increased temperatures may contribute to reduced lumen output from the LEDs 118 and shorten the LEDs 118 service life. Likewise, if the heat generated by the LED housing 112 is not dissipated away from the power housing 110, the heat generated by the LED housing 112 may affect the service life of the drivers 130 contained in the power housing 110. It is therefore beneficial to dissipate generated heat from the LED lighting apparatus 108.

Referring now primarily to FIGS. 4A-4C, but with continued reference to FIGS. 2-5, an illustrative embodiment for connecting the power housing 110 to the LED housing 112 is presented. The front face 122 of the power housing 110 includes a shoulder 166 for supporting a support member 168. In one embodiment, an outer portion of the support member 168 is supported by the power housing 110 via the shoulder 166. The support member 168 may be a plate,

US 9,677,754 B2

9          10

formed in a number of shapes to include round, square, or rectangular shapes. The support member **168** is connected to the extension member **148**. In one embodiment the support member **168** is attached to the second end **152** of the extension member **148**. The support member **168** may be connected to the extension member **148** using attachment members **172** such as countersunk screws. Once the support member **168** is connected to the extension member **148** a technician may rotate or swivel the LED housing **112** relative to the power housing **110** so as to position the LED housing **112** into the best position for illuminating the area **101***a*. A locking member **174** may clamp the support member **168** against the shoulder **166** to prevent further movement of the LED housing **112** relative to the power housing **110**. The locking member **174** may be a plate that is positioned adjacent the support member **168**. Attachment members **176** secure the locking member **174** to the support member **168**. The attachment members **176**, for example, may be bolts. Using the power housing **110** via the shoulder **166** to support the support member **168** provides added safety so that the LED housing **112** will not fall should a technician not adequately lock the support member **168** in place using the locking member **174**.

Referring now primarily to FIG. **5** but with continued reference to FIGS. **2-4**C, the heat generated by the LEDs **118** and the LED housing **112** rises toward the power housing **110** due to the orientation of the LED lighting apparatus **108**, i.e., the driver housing **110** being generally positioned above the LED housing **112**. In practice, an LED high mast luminaire must be designed to fit within the same form factor of a traditional HID high mast luminaire, i.e., sized to fit on existing lighting systems. This requires the driver housing **110** to be generally positioned above the LED lighting apparatus **108**. The driver housing's **110** passive cooling fins **140** help prevent heated air that rises from the LED housing **112** from becoming trapped at the junction **133** or in the gap **132** between the driver housing **110** and the LED housing **112**. It should be further noted that ambient temperature surrounding the LED housing **112**, the power housing **110**, and the gap **132** therebetween affect the overall temperature surrounding the LED housing **112**, the power housing **110**, the junction **133**. Hot air from the LED housing **112** flows upward from the LED cooling fins **164**. As the heated air rises, cooler air from the atmosphere or surrounding area fills the deficiency left by the heated air, thereby creating an airflow, i.e., the thermal pathway represented by the arrows **170**. The thermal pathway **170** rolls along the driver housing cooling fins **140**, acting to increase heat transfer away from the drivers **130** as the upward airflow pulls cooler, surrounding air along the driver housing cooling fins **140**. It should be appreciated that mounting the drivers **130** at an angle increases the surface area that is exposed to the chimney of hot air from the LED housing **112** and therefore cooler air according to the thermal pathway **170**.

The LED lighting apparatus **108** facilitates both air convection and conduction to cool the LED housing **112**, the power housing **110**, the components associated with the housings **110**, **112**, and the junction **133** between the housings **110**, **112**, to help ensure longer life, higher delivered lumens over time, and color consistency. The heat dissipation methods used by the LED lighting apparatus **108** are passive meaning no internal fans or alternative cooling devices are required to dissipate heat.

Referring to FIG. **6**, another embodiment of a LED lighting apparatus **208** is presented. The LED lighting apparatus **208** is similar to the LED lighting apparatus **108** illustrated in FIGS. **4A-4**C with one exception. The cooling fins **164** of the LED housing **112** extend along the longitudinal axis **129** of the LED housing **112** instead of the transverse axis **127** as illustrated in FIGS. **4A-4**C.

In operation, the configuration of the LED lighting apparatus **108** functions to dissipate heat generated by the components associated with the two housings **110**, **112** to increase the life of the LEDs **118** and preserve the quality of the LEDs' **118** light output. In one aspect, the LED panel **116** is positioned substantially horizontal to the area **101***a* to be illuminated to increase the efficiency of the light output relative to the light captured at the area **101***a* to be illuminated. This orientation further functions to decrease glare. In another aspect, the LED housing cooling fins **164** extending from the back face **162** of the LED housing **112** dissipates heat generated by the LED housing **112**. In yet another aspect, the orientation of the power housing cooling fins **140** provides several benefits. First, as air is dissipated from the LED housing **112** upward toward the power housing **110** (due to the nature of hot air rising), the power housing cooling fins **140** prevent heated air from becoming trapped between the LED housing **112** and the power housing **110** by providing a low resistance pathway, as indicated by the arrows **170**, for the hot air to follow; the pathway extending along the power housing cooling fins **140**. Second, the power housing cooling fins **140** provide heat dissipation for the power housing **110** by acting as a heat sink for heated air trapped in the internal space or compartment **146**. The power housing cooling fins **140** act as a passive heat sink allowing heat generated from the driver **130** to be conducted through the angled side face walls **136**, **138** and into the power housing cooling fins **140**. In certain aspects, the angled position of the power housing cooling fins **140** induces airflow along the cooling fins to both remove heat surrounding the power housing cooling fins **140** and to pull heated air away from the LED housing **112**.

As described above, in the foregoing description of certain embodiments, specific terminology has been resorted to for the sake of clarity. However, the disclosure is not intended to be limited to the specific terms so selected, and it is to be understood that each specific term includes other technical equivalents which operate in a similar manner to accomplish a similar technical purpose. As stated above, terms such as "top", "bottom", "above", "below", "upward" and "downward" and the like are used as words of convenience to provide reference points and are not to be construed as limiting terms.

In this specification, any use of the word "comprising" is to be understood in its "open" sense, that is, in the sense of "including", and thus not limited to its "closed" sense, that is the sense of "consisting only of". A corresponding meaning is to be attributed to the corresponding words "comprise", "comprised" and "comprises" where they appear.

In addition, the foregoing describes only some embodiments of the invention(s), and alterations, modifications, additions and/or changes can be made thereto without departing from the scope and spirit of the disclosed embodiments, the embodiments being illustrative and not restrictive.

Furthermore, invention(s) have been described in connection with what are presently considered to be the most practical and preferred embodiments, it is to be understood that the invention(s) are not to be limited to the disclosed embodiments, but on the contrary, are intended to cover various modifications and equivalent arrangements included within the spirit and scope of the invention(s). Also, the various embodiments described above may be implemented in conjunction with other embodiments, e.g., aspects of one

US 9,677,754 B2

11

embodiment may be combined with aspects of another embodiment to realize yet other embodiments. Further, each independent feature or component of any given assembly may constitute an additional embodiment.

What is claimed is:

1. A high mast lighting apparatus, comprising:
a power source housing having a front face and an opposing, back face, the front face being disposed proximate a back face of a light emitting diode (LED) housing, the power source housing further having at least two opposing side faces extending from the front face to the back face and power source housing cooling fins extending outward from the at least two opposing side faces; and
a plurality of LED cooling fins extending from the back face of the LED housing, wherein the two opposing side faces of the power source housing create an acute angle relative to the back face of the LED housing causing air heated by the LED housing to dissipate from the plurality of LED cooling fins upward toward the power source housing and the power source housing cooling fins thereby increasing heat transfer away from the LED housing and the power source housing.

2. The apparatus of claim 1, wherein a front face length is less than a back face length.

3. The apparatus of claim 1, wherein the plurality of power source housing cooling fins extending from the at least two opposing side faces are passive cooling fins.

4. The apparatus of claim 1 further comprising a cord aperture for allowing passage of a cord therethrough, and a cord grip for wrapping around the cord to prevent air from passing into an internal space formed by the power source housing, thereby preventing the internal space from increasing in temperature due to air heated by the LED housing entering the internal space of the power housing via the cord aperture.

5. A light emitting diode (LED) high mast lighting apparatus, comprising:
a LED housing supporting a plurality of LEDs and having a plurality of cooling fins extending from and substantially covering a back face of the LED housing; and
a power housing separate from and coupled to the LED housing, the power housing being disposed above the LED housing and creating a gap therebetween.

6. The lighting apparatus of claim 5 further comprising an extension member connected at one end to the power housing and at another end to the LED housing to create the gap.

7. The lighting apparatus of claim 5 further comprising:
at least one LED driver contained in an internal space formed by the power housing; and
power housing cooling fins positioned on the power housing;
wherein the plurality of cooling fins of the LED housing and the power housing cooling fins form an acute angle.

8. The lighting apparatus of claim 5 further comprising two or more LED drivers, each LED driver positioned at opposite sides of the power housing to maximize heat dissipation inside the power housing.

9. The lighting apparatus of claim 5, wherein the LED housing swivels relative to the power housing.

10. A lighting apparatus, comprising:
a light emitting diode (LED) panel supporting a plurality of LED lights and supported by an LED housing, the LED housing defining a plurality of cooling fins substantially covering a back face of the LED housing;
a power source contained within a power housing; and

12

an extension member connected to the LED housing at a first end and to the power housing at a second, opposing end, the extension member rotatable, thereby allowing the LED panel to rotate up to 360 degrees about an axis.

11. The lighting apparatus of claim 10 further comprising a mast, wherein the LED housing and the power housing are coupled to the mast.

12. The lighting apparatus of claim 10 further comprising a plurality of power housing cooling fins extending from the power housing.

13. A light emitting diode (LED) high mast lighting apparatus, comprising:
a LED housing defining a plurality of cooling fins substantially covering a back face of the LED housing;
a power source contained within a power housing for providing power to a plurality of LEDs supported by the LED housing; and
an extension member extending between the LED housing and the power housing, the extension member creating a gap between the LED housing and the power housing, the gap thermally separating the LED housing and the power source, the power housing being disposed above the LED housing.

14. The lighting apparatus of claim 13, wherein the extension member further comprises:
a first end attached to the back face of the LED housing; and
an opposing, second end attached to the front side of the power housing.

15. The lighting apparatus of claim 13 further comprising:
a cord extending at least a length of the extension member, the cord configured to provide power from the power source to the plurality of LEDs.

16. The lighting apparatus of claim 13, wherein a length of the extension member is in a range of one to four inches.

17. The lighting apparatus of claim 13
wherein the power housing comprises:
a front face and an opposing, back face, the front face being disposed closest to the back face of the LED housing;
at least two opposing side faces extending from the front face to the back face of the power housing; and
power housing cooling fins extending outward from the at least two opposing side faces of the power housing;
wherein the front face of the power housing has a length less than a length of the back face of the power housing.

18. The lighting apparatus of claim 5 wherein the plurality of LEDs and the plurality of cooling fins are rotatable with respect to the power housing.

19. The lighting apparatus of claim 5 wherein the power housing comprises a plurality of power housing cooling fins and further comprising a plurality of LED drivers disposed within the power housing and operable to power the plurality of LEDs, the plurality of power housing cooling fins conducting heat from the plurality of LED drivers.

20. The lighting apparatus of claim 5 wherein the power housing comprises a first sidewall and an opposite second sidewall, a first plurality of power housing cooling fins extending from the first sidewall and a second plurality of power housing cooling fins extending from the second sidewall, a first LED driver contacting the first sidewall and a second LED driver contacting the second sidewall.

21. The lighting apparatus of claim 20 wherein the plurality of cooling fins of the LED housing extend in a same direction toward the power housing and each of the first and

US 9,677,754 B2

**13**

second plurality of power housing cooling fins are angled with respect to the plurality of cooling fins of the LED housing.

22. The lighting apparatus of claim **5** wherein each of the plurality of cooling fins extend in a same direction toward the power housing.

23. A high mast lighting apparatus, comprising:

an LED housing supporting a plurality of LEDs;

a power source housing separated from and disposed above the LED housing and having at least two opposing side faces and a plurality of power source housing cooling fins extending outward from each of the at least two opposing side faces; and

wherein the at least two opposing side faces of the power source housing create an acute angle relative to the LED housing and air heated by the LED housing flowing upward toward the pluralities of power source housing cooling fins.

24. The lighting apparatus of claim **23** wherein the LED housing and the plurality of LEDs are rotatable with respect to the power source housing.

25. The lighting apparatus of claim **24** further comprising a plurality of LED drivers powering the plurality of LEDs, at least a first one of the plurality of LED drivers contacting a first one of the at least two opposing side faces and at least a second one of the plurality of LED drivers contacting a second one of the at least two opposing side faces.

26. The lighting apparatus of claim **25** further comprising an extension member connected at one end to the power source housing and at an opposite end to the LED housing to thermally separate the power source housing from the LED housing.

\*  \*  \*  \*  \*

**14**