

# EXHIBIT A

# REDACTED IN ITS ENTIRETY